IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| F.J. HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 2:20-cv-00592-RAH |
| ) | JURY DEMAND |
| ) | |
| PLABON PETROLEUM, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff, F.J. Hawkins, and Defendant, Plabon Petroleum, Inc., and respectfully stipulate to the dismissal of Plaintiff's claims against the Defendant, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) each party to bear its own fees and costs.

Respectfully submitted, this the 1st day of July, 2021.

| | |
|---|---|
| /s/ *Kevin W. Jent* | /s/ *Yvonne Maddalena* |
| Kevin W. Jent | Thomas A. Davis |
| *Counsel for Plaintiff* | Yvonne Maddalena |
| Wiggins Childs Pantazis Fisher | *Counsel for Defendant* |
|    & Goldfarb, LLC | Jackson Lewis, PC |
| The Kress Building | First Commercial Bank Building |
| 301 19th Street North | 800 Shades Creek Parkway, Suite 870 |
| Birmingham, Alabama 35203 | Birmingham, AL 35209 |
| 205/314-0500 | 205/332-3100 |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service, and/or that I have served a copy of the foregoing pleading on all parties to this proceeding who are not registered for electronic service by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed, this 1st day of July, 2021.

                                            */s/ Kevin W. Jent*
                                            OF COUNSEL