IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| F.J. HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-cv-592-RAH |
| | ) |
| PLABON PETROLEUM, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the *Joint Stipulation of Dismissal* (Doc. 17) filed on July 1, 2021, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is DIRECTED to close the case.

DONE and ORDERED, on this the 2nd day of July, 2021.

                                          /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE